No. 89–333.  CALIFORNIA *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 89–369.  GENERAL MOTORS CORP. *v.* UNITED STATES. C. A. 1st Cir.  Certiorari granted.

No. 88–7440.  JAMESON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–284.  LOFTUS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–373.  ALABAMA POWER CO. ET AL. *v.* ENVIRONMENTAL DEFENSE FUND ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–378.  ALABAMA EX REL. SIEGELMAN, ATTORNEY GENERAL OF ALABAMA, ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–411.  WISTROM *v.* DULUTH, MISSABE & IRON RANGE RAILWAY CO.  Ct. App. Minn.  Certiorari denied.

No. 89–418.  FRANCO ET AL. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 89–419.  JOHNSON *v.* DULUTH, MISSABE & IRON RANGE RAILWAY CO.  Ct. App. Minn.  Certiorari denied.

No. 89–430.  NOONS ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–443.  CAJUN ELECTRIC POWER COOPERATIVE, INC. *v.* LOUISIANA PUBLIC SERVICE COMMISSION.  Sup. Ct. La.  Certiorari denied.

No. 89–464.  WILSON ET AL. *v.* CANTERINO, AKA WILLIAMS, ET AL.  C. A. 6th Cir.  Certiorari denied.